UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:24-cv-00256-REW

PATRICIA LYNN CORNELIUS,
ADMINISTRATRIX OF THE
ESTATE OF JOSEPH GLYNN FRYER                                        PLAINTIFF

v.

MADISON COUNTY FISCAL
COURT, *et al.*                                                     DEFENDANTS
_____

### MOTION TO DISMISS
_____

Comes Defendant Steve Tussey in his individual capacity, by counsel, and respectfully moves the Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss with prejudice the Complaint and all claims asserted against him herein by the Plaintiff, Patricia Lynn Cornelius, Administratrix of the Estate of Joseph Glynn Fryer. The grounds for Jailer Tussey's Motion are set forth in a memorandum filed contemporaneously herewith.

                                                   Respectfully submitted,

                                                 /s/ D. Barry Stilz
                                                 D. Barry Stilz
                                                 Lynn Sowards Zellen
                                                 James E. Yeager III
                                                 Kinkead & Stilz, PLLC
                                                 301 East Main Street, Suite 800
                                                 Lexington, KY  40507
                                                 bstilz@ksattorneys.com
                                                 lzellen@ksattorneys.com
                                                 jyeager@ksattorneys
                                                 Telephone: (859) 296-2300
                                                 Facsimile: (859) 296-2566
                                                 *Counsel for Steve Tussey*

## **CERTIFICATE OF SERVICE**

      I certify that true and correct copies of the foregoing have been served via CM/ECF on this, the 3rd day of January, 2025.

                                    /s/ D. Barry Stilz
                                    *Counsel for Steve Tussey*