UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:24-cv-00256-REW

PATRICIA LYNN CORNELIUS,
ADMINISTRATRIX OF THE
ESTATE OF JOSEPH GLYNN FRYER                                              PLAINTIFF

v.

MADISON COUNTY FISCAL
COURT, *et al.*                                                          DEFENDANTS

_____

**ORDER**
_____

This matter is before the Court on the motion of Defendant Steve Tussey in his individual capacity pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss with prejudice the Complaint and all claims asserted against him herein by the Plaintiff, Patricia Lynn Cornelius, Administratrix of the Estate of Joseph Glynn Fryer. The Court, having reviewed the record and being otherwise sufficiently advised, hereby GRANTS the Motion and DISMISSES WITH PREJUDICE all claims asserted herein against Defendant Steve Tussey in his individual capacity.