UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:24-cv-00256-REW

PATRICIA LYNN CORNELIUS,
ADMINISTRATRIX OF THE
ESTATE OF JOSEPH GLYNN FRYER                                    PLAINTIFF

v.

MADISON COUNTY FISCAL
COURT, *et al.*                                                 DEFENDANTS

_____

## ORDER
_____

This matter is before the Court on the Motion of Defendants Madison County Fiscal Court and Jailer Steve Tussey, in his individual capacity (together the "Madison County Defendants"), pursuant to Fed. R. Civ. P. 26(c)(1) for a protective order staying discovery until such time as the Court has ruled on the Madison County Defendants' pending Motions to Dismiss the Complaint. The Court, having reviewed the record and being otherwise sufficiently advised, hereby GRANTS the Motion and ORDERS that discovery in this matter is STAYED until the Court rules on the Madison County Defendants' pending Motions to Dismiss.