UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

| | |
|---|---|
| PATRICIA LYNN CORNELIUS, )<br>*Administratrix of the Estate of* )<br>*Joseph Glynn Fryer*, )<br>   ) <br>     Plaintiff, )<br>   )<br>v. )<br>   )<br>MADISON COUNTY FISCAL COURT, *et al.*, )<br>   )<br>     Defendants. ) | No. 5:24-CV-256-REW-CJS<br><br><br><br><br><br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

On January 29, 2025, the undersigned ordered the parties to meet and confer for purposes of discussing their discovery plan and setting a case schedule, as directed by District Judge Wier's Standing Case Management and Referral Order. (*See* R. 20; *see also* R. 4). At that time, the undersigned also advised that, "[s]hould a party who has filed a Rule 12 motion seek a stay of discovery pending ruling on that party's Rule 12 motion, such party may file a motion so requesting as contemplated by District Judge Wier's Standing Case Management and Scheduling Order." (R. 20 at Page ID 158).

On February 14, 2025, the parties filed their Joint Report of Parties' Rule 26(f) Planning Meeting. (R. 27). Then, concurrently with the filing of the Reply on Defendant Steve Tussey's Motion to Dismiss (R. 28), Defendants Madison County Fiscal Court and Tussey filed a Motion for Protective Order Staying Discovery (R. 29). Under Judge Wier's Standing Case Management and Referral Order, consideration of such motion to stay has been referred to the undersigned. (*See* R. 4 at Page ID 44 ("Concurrent with the filing of any Rule 12 motion, the moving party may file, as a separate motion, any request for a discovery stay pending resolution. The Court refers

consideration of any such motion to the assigned Magistrate Judge.") (internal footnote omitted)). Accordingly,

**IT IS HEREBY ORDERED** that briefing on Defendants' Motion for Protective Order Staying Discovery (R. 29) shall follow in accordance with Joint Local Rule 7.1(c). The matter shall then stand submitted to the undersigned for consideration.

Signed this 20th day of February, 2025.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

G:\Judge-CJS\DATA\Orders\civil lexington\2024\24-256-REW briefing mtn to stay.docx